

# NUMBER 13-13-00109-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RAMON JAZAAI CASTILLO,**                                    **Appellant,**

**v.**

**KARINA ISABEL ESTUDILLO,**
**INDIVIDUALLY AND AS NEXT**
**FRIEND OF BRIANA ESTUDILLO,**
**A MINOR,**                                                 **Appellees.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Ramon Jazaai Castillo, perfected an appeal from a judgment entered by

the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-11-2657-D.

The parties have filed an agreed motion to dismiss the appeal on grounds that all matters

in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be GRANTED. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of September, 2013.